IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RJ BOATMAN, §
§
    Plaintiff, §
§
v. § CIVIL ACTION NO. <u>4:22-CV-003</u>
§
BYRNA TECHNOLOGIES, INC., §
§
    Defendant. §

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Byrna Technologies, Inc. ("Defendant") hereby removes this civil action filed by Plaintiff RJ Boatman ("Plaintiff") to the United States District Court for the Southern District of Texas, Houston Division. Defendant respectfully shows the Court as follows:

## I.    INTRODUCTION

1.    On or about November 22, 2021, Plaintiff filed his Original Petition ("Petition") in the 269th Judicial District Court of Harris County, Texas ("State Court Action"), alleging breach of contract. *See* Ex. A-2, Pl.'s Orig. Pet. at ¶¶ 14-15. The case is styled *RJ Boatman v. Byrna Technologies, Inc.*, Cause No. 2021-76500.

2.    Defendant's undersigned attorney agreed to accept service of Plaintiff's Petition on December 3, 2021.

3.    There is no other defendant named in the Petition other than Defendant. Defendant has timely filed this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## II.    BASIS FOR REMOVAL

4.    This Court has original jurisdiction over Plaintiff's claims based upon diversity of

citizenship pursuant to 28 U.S.C. § 1332.  Diversity of citizenship exists where the suit is between citizens of different states and the amount in controversy exceeds $75,000.  *See Allen v. R&H Oil & Gas Co.*, 63 F.3d 1326, 1330 (5th Cir. 1995); 28 U.S.C. § 1332.

5.      Plaintiff, an individual, is a citizen of Texas.  *See* Ex. A-2 at ¶ 3.

6.      Defendant is a Delaware corporation with its principal place of business in Massachusetts.  *See* Ex. A-2 at ¶ 4.

7.      Thus, complete diversity exists, and this Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1332.

8.      The removing party can satisfy the amount in controversy requirement where it is apparent from the face of the petition that the claims are likely to exceed $75,000.  *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002).  Here, Plaintiff's Petition states that Plaintiff seeks recovery of damages "not more than $1,000,000".  *See* Ex. A-2 at ¶ 2. The statement of the relief sought in the Petition makes clear that the amount in controversy is more than $75,000.

9.      Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

10.      The United States District Court for the Southern District of Texas, Houston Division includes the judicial district in which Plaintiff filed his State Court Action.  Thus, removal to this Court is proper.

### III.    PROCEDURAL STATEMENTS

11.      An index of all documents filed in the State Court Action, and the date of filing, is

attached hereto as Exhibit A.

12.     All pleadings, process, orders, and other filings in the State Court Action, including the docket, are attached to this Notice of Removal as required by 28 U.S.C. § 1446(a).  *See* Exhibits A-1 to A-2.

13.     A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the District Court of Harris County, Texas as required by 28 U.S.C. § 1446(d).

14.     Written notice of the filing of this Notice of Removal has been or will be given to Plaintiff as required by law.

15.     A completed Federal Civil Cover Sheet, Supplemental Civil Cover Sheet, and the removal fee accompanies this Notice of Removal.

### IV.   CONCLUSION

16.     For the foregoing reasons, Defendant respectfully requests that further proceedings in the matter of *RJ Boatman v. Byrna Technologies, Inc.*, Cause No. 2021-76500, pending in the 269th Judicial District Court of Harris County, Texas, be discontinued, and that this suit be removed to the United States District Court for the Southern District of Texas, Harris Division.

Respectfully submitted,

By: /s/ Talley R. Parker
    Talley R. Parker
    State Bar No. 24065872
    talley.parker@jacksonlewis.com
    JACKSON LEWIS P.C.
    500 N. Akard, Suite 2500
    Dallas, Texas 75201
    PH:  (214) 520-2400
    FX:  (214) 520-2008

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing pleading was served upon Plaintiff's counsel in this above cause in accordance with the Federal Rules of Civil Procedure on this 3rd day of January, 2022.

<u>/s/ Talley R. Parker</u>
Talley R. Parker