United States District Court
Southern District of Texas
**ENTERED**
June 02, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RJ BOATMAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-00003 |
| | § | |
| BYRNA TECHNOLOGIES, INC. | § | |
| | § | |
| *Defendant.* | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' joint motion to dismiss this action in its entirety with prejudice, the Court finds it should be in all respects granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that this lawsuit, including all causes of action asserted or assertable by Plaintiff RJ Boatman against Defendant Byrna Technologies, Inc. in the above-entitled and numbered cause, be and the same are hereby DISMISSED WITH PREJUDICE to the right of the Plaintiff to refile same or any part thereof. All costs of court and attorneys' fees are borne by the party incurring same.

SIGNED on June 2, 2022 at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

AGREED AS TO FORM AND SUBSTANCE:

By: /s/ Juan C. Garcia
    Juan C. Garcia (SBN 24045914)
    Daniel Johnson (SBN 24046165)
    William Mejia (SBN 24063786)
    7324 Southwest Fwy, Suite 545
    Houston, Texas 77074
    Telephone: (832) 844-6700
    Facsimile: (832) 844-6868
    E-mail: daniel@johnsongarcialaw.com
    E-mail: juan@johnsongarcialaw.com
    E-mail: william@johnsongarcialaw.com

**ATTORNEYS FOR PLAINTIFF**

By: /s/ Talley R. Parker
    Talley R. Parker
    Texas Bar No. 24065872
    talley.parker@jacksonlewis.com
    JACKSON LEWIS P.C.
    500 N. Akard, Suite 2500
    Dallas, Texas 75201
    PH: (214) 520-2400
    FX: (214) 520-2008

**ATTORNEYS FOR DEFENDANT**